JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CHAVIRA, | Case No. EDCV 18-531-KK |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL** |
| CITY OF ONTARIO, ET AL., | |
| Defendant(s). | |

The Court, having read and considered the parties' Stipulation for voluntary dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the requested dismissal of the entire case with prejudice. Each party is to bear its own fees and costs incurred in this matter.

**IT IS SO ORDERED.**

Dated: 12/27/18

HONORABLE KENLY KIYA KATO
United States Magistrate Judge